**Motion Granted and Order filed**                    **June 21, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00264-CV
_____

**WILLIAM M. BISHOP AND PINNACLE POTASH INTERNATIONAL, LTD.,**
**Appellants**
**V.**
**E. BARGER MILLER, III AND REUNION POSTASH COMPANY, Appellees**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-29234**

---

_____

## NO. 14-12-00318-CV
_____

**REUNION POSTASH COMPANY, Appellant**
**V.**
**WILLIAM M. BISHOP AND PINNACLE POTASH INTERNATIONAL, LTD.,**
**Appellees**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-29234**

---

# O R D E R

On March 16, 2012, William M. Bishop and Pinnacle Potash International, Ltd., filed a notice of appeal from the judgment signed February 15, 2012, and the appeal was assigned to this court under our appellate number 14-12-00264-CV. On March 30, 2012, Reunion Postash Company filed a notice of cross-appeal from the same judgment, which was assigned to this court under our appellate number 14-12-00318-CV. On June 13, 2012, Reunion Potash Company filed an unopposed motion to consolidate the related appeals. The motion is **GRANTED** and we issue the following order:

We order the appeals pending under our appellate case numbers 14-12-00264-CV and 14-12-00318-CV **CONSOLIDATED.** The existing filing deadlines in case number 14-12-00318-CV will apply to both cases.

PER CURIAM